UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOSEPH LEE WILEY II** | **CIVIL ACTION NO. 1:22-CV-1233** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN MEREDINO** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, together with the Objection [Doc. No. 10] filed by Plaintiff Joseph Lee Wiley, II on July 22, 2022, and after a *de novo* review of the record, finding that the recommendation of the Magistrate Judge is correct, and that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 7] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**MONROE, LOUISIANA**, this 26th day of July 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**